

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Derek Dewayne Davis, Appellant

No. 06-21-00078-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28657). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

     We note that the appellant, Derek Dewayne Davis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk